# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-58920 MAR

**Case Name:** CAPITAL CONTRACTING CO.

**Period Ending:** 09/30/17

**Trustee:** (420030) Kenneth A. Nathan

**Filed (f) or Converted (c):** 12/09/14 (f)

**§341(a) Meeting Date:** 01/14/15

**Claims Bar Date:** 04/16/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Key Bank Checking Account<br>Imported from original petition Doc# 8 | 239.46 | 0.00 | | 0.00 | FA |
| 2 | PNC Checking Account<br>Imported from original petition Doc# 8 | 170.91 | 0.00 | | 0.00 | FA |
| 3 | Charter One Bank Payroll Tax Account<br>Imported from original petition Doc# 8 | 912.29 | 912.29 | | 900.30 | FA |
| 4 | Dept of Public Works Oakand County<br>Imported from original petition Doc# 8 | 500.00 | 500.00 | | 500.00 | FA |
| 5 | CVS Prescription<br>Imported from original petition Doc# 8 | 865.52 | 0.00 | | 0.00 | FA |
| 6 | Building Security Deposit<br>Imported from original petition Doc# 8 | 3,000.00 | 3,000.00 | | 3,000.00 | FA |
| 7 | Accounts Receivable - majority subject to builde<br>Imported from original petition Doc# 8 | 354,889.02 | 354,889.02 | | 144,389.29 | FA |
| 8 | Advances<br>Imported from original petition Doc# 8 | 3,547.40 | 3,547.40 | | 0.00 | FA |
| 9 | Potential Legal Malpractice suit<br>Imported from original petition Doc# 8 | Unknown | 0.00 | | 0.00 | FA |
| 10 | Potential Insurance Refund<br>Imported from original petition Doc# 8 | Unknown | 0.00 | | 0.00 | FA |
| 11 | Scrap material from finished jobs<br>Imported from original petition Doc# 8 | 500.00 | 0.00 | | 0.00 | FA |
| 12 | Capital Contracting -vs- VT Agency (u)<br>Not originally scheduled; added to Schedules per<br>amendment filed 1/13/15 | Unknown | 5,000.00 | | 0.00 | FA |
| 13 | Misc. Refunds (u) | 0.00 | 458.11 | | 3,034.05 | FA |
| 14 | VOID | 0.00 | 0.00 | | 0.00 | FA |
| 15 | CONCORDIA CONTRACTING, LLC<br>Listed as "Originally scheduled account receivable"<br>in error;<br>should be "preference" | 0.00 | 300,000.00 | | 300,000.00 | FA |
| 16 | Potential legal malpractice claim (u) | 0.00 | 5,000.00 | | 0.00 | 1,000,000.00 |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 14-58920 MAR | **Trustee:** (420030) Kenneth A. Nathan |
| **Case Name:** CAPITAL CONTRACTING CO. | **Filed (f) or Converted (c):** 12/09/14 (f) |
| | **§341(a) Meeting Date:** 01/14/15 |
| **Period Ending:** 09/30/17 | **Claims Bar Date:** 04/16/15 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 17 | MISC. PREFERENCES | 0.00 | 63,289.87 | | 63,289.87 | FA |
| | Originally listed on Debtor's SOFA | | | | | |
| 17 | **Assets** **Totals** (Excluding unknown values) | **$364,624.60** | **$736,596.69** | | **$515,113.51** | **$1,000,000.00** |

**Major Activities Affecting Case Closing:**

9/30/17 Monitoring settlement negotiations

6/30/17 Ongoing monitoring of malpractice case

3/31/17 Monitoring ongoing litigation re: malpractice action

12/31/17 Monitoring legal malpractice action

9/30/16 Ongoing litigation re: malpractice; pursuing preferences

3/31/16 Continued pursuit of legal malpractice claim; continued collection of account receivables.

12/31/15 Pursuing legal malpractice claim; collecting account receivables

9/30/15 Finalizing deal with insiders and collecting account receivables; investigating pursuing malpractice claim

6/630/15 Investing insider preferences and collecting account receivables

5/29/15 Hired special counsel to investigate and pursue possible malpractice claim

3/31/15 Assessing potential Chapter 5 recoveries; collecting account receivables

1/30/15 Application to Employ Counsel for Trustee; order entered

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** April 30, 2017 | **Current Projected Date Of Final Report (TFR):** December 31, 2018 |

| | |
|---|---|
| October 27, 2017 | /s/ Kenneth A. Nathan |
| Date | Kenneth A. Nathan |

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 14-58920 MAR
**Case Name:** CAPITAL CONTRACTING CO.

**Taxpayer ID #:** **-***1357
**Period Ending:** 09/30/17

**Trustee:** Kenneth A. Nathan (420030)
**Bank Name:** Rabobank, N.A.
**Account:** ******7366 - Checking Account
**Blanket Bond:** $2,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/15/15 | {13} | Ally | System generated refund for customer payment turned over to Trustee at 341 hearing | 1290-000 | 9.94 | | 9.94 |
| 01/15/15 | {13} | Contractor Solutions Rental | Turned over to Trustee at 341 hearing | 1290-000 | 448.17 | | 458.11 |
| 01/15/15 | {6} | Concordia Contracting, LLC | Return deposit turned over to Trustee at 341 hearing | 1129-000 | 3,000.00 | | 3,458.11 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,448.11 |
| 02/11/15 | {4} | County of Oakland | Return of deposit held per demand letter | 1129-000 | 500.00 | | 3,948.11 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,938.11 |
| 03/23/15 | {7} | Greenstone Development, LLC | Collection of account receivable | 1129-000 | 2,746.67 | | 6,684.78 |
| 03/24/15 | {3} | Charter One Bank | Close out of bank account per Trustee demand | 1129-000 | 900.30 | | 7,585.08 |
| 03/30/15 | {13} | Prudential | Dividend payment | 1290-000 | 6.96 | | 7,592.04 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,582.04 |
| 04/16/15 | {7} | First American Title Insurance Company | Payment in full on Oak Pointe Church project (Project No. 3409) | 1129-000 | 7,776.00 | | 15,358.04 |
| 04/16/15 | {7} | First American Title Company | Payment in full on Andelina Ridge project (Project No. 3406) | 1129-000 | 72,970.25 | | 88,328.29 |
| 04/17/15 | {7} | NC Contracting Services, LLC | Amounts owed on Job Nos. 3201, 3302 and 3305) | 1129-000 | 7,469.81 | | 95,798.10 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.81 | 95,733.29 |
| 05/04/15 | {7} | First American Title Insurance Company | Amount owed by Sole Construction on the Glacier Club project (Job #3408) p/o 4/28/15 | 1129-000 | 32,625.00 | | 128,358.29 |
| 05/11/15 | {7} | Seville-Fox River LLC | Final payment under May, 2012 Settlement Agreement between Debtor, Seville Homes, Inc., Trimarr, Inc., Seville-Fox River, LLC, Michael McLaughlin and Gary Kerr (WCCC Case No. 10-007215-CK); all other payments under Settlement Agreement were paid to Debto | 1129-000 | 5,000.00 | | 133,358.29 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 174.72 | 133,183.57 |
| 06/12/15 | {13} | Medtipster.com LLC | Final Refund | 1290-000 | 19.18 | | 133,202.75 |
| 06/25/15 | {13} | Medtipster.com LLC | Return of security deposit | 1290-000 | 865.52 | | 134,068.27 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 204.51 | 133,863.76 |
| 07/20/15 | {7} | Greco Title Agency, LLC | Job 3400/Stonebridge Shelby Associates, LLC | 1129-000 | 1,277.98 | | 135,141.74 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 199.57 | 134,942.17 |
| 08/03/15 | {13} | ATTM Settlement | Prorata settlement re: AT&T Mobility Wireless Data Services Sales Tax Litigation | 1290-000 | 39.68 | | 134,981.85 |
| 08/10/15 | {13} | Macomb County Department of Roads | Return of escrow re: Village of New Haven | 1290-000 | 1,550.00 | | 136,531.85 |

| | | | Subtotals : | | $137,205.46 | $673.61 | |

{} Asset reference(s)

Printed: 10/27/2017 04:56 PM    V.13.30

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 14-58920 MAR
**Case Name:** CAPITAL CONTRACTING CO.

**Taxpayer ID #:** **-***1357
**Period Ending:** 09/30/17

**Trustee:** Kenneth A. Nathan (420030)
**Bank Name:** Rabobank, N.A.
**Account:** ******7366 - Checking Account
**Blanket Bond:** $2,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 189.00 | 136,342.85 |
| 09/17/15 | {7} | Braun Construction Group | Project No. 3401 (D & R Earthmoving) | 1129-000 | 1,102.40 | | 137,445.25 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 209.83 | 137,235.42 |
| 10/01/15 | {13} | Blue Cross Blue Shield | Affordable Health Care Act rebate | 1290-000 | 61.00 | | 137,296.42 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 197.47 | 137,098.95 |
| 11/04/15 | {15} | Condordia Contracting, LLC | Acct #14-58920; Payment #1; Payment on compromise settlement p/o 12/10/15 | 1149-000 | 50,000.00 | | 187,098.95 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 245.75 | 186,853.20 |
| 12/15/15 | {7} | CCLA Building & Development, LLC | Payment on compromise settlement p/o 11/10/15 | 1129-000 | 13,421.18 | | 200,274.38 |
| 12/15/15 | {15} | Condordia Contracting, LLC | Acct #14-58920; Payment #2; Payment on compromise settlement p/o 12/10/15 | 1149-000 | 50,000.00 | | 250,274.38 |
| 12/21/15 | 101 | INSURANCE PARTNERS AGENCY, INC. | Invoice 222018/Trustee Bond | 2300-000 | | 232.24 | 250,042.14 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 341.25 | 249,700.89 |
| 01/28/16 | {15} | Concordia Contracting, LLC | Acct #14-58920; Payment #3; Payment on compromise settlement p/o 12/10/15 | 1149-000 | 50,000.00 | | 299,700.89 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 346.26 | 299,354.63 |
| 02/29/16 | 102 | John F. Dery & Associates | Accountant for the Trustee fees p/o 2/29/16 | 3410-000 | | 22,807.10 | 276,547.53 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 415.08 | 276,132.45 |
| 03/02/16 | 103 | Jacob & Weingarten, P.C. | Attorney for the Trustee fees p/o 3/1/16 | 3210-000 | | 109,974.00 | 166,158.45 |
| 03/02/16 | 104 | Jacob & Weingarten, P.C. | Attorney for the Trustee expenses p/o 3/1/16 | 3220-000 | | 1,052.32 | 165,106.13 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 293.66 | 164,812.47 |
| 04/28/16 | {15} | Concordia Contracting, LLC | Acct #14-58920; Payment #5; Payment on compromise settlement p/o 12/10/15 | 1149-000 | 50,000.00 | | 214,812.47 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 228.52 | 214,583.95 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 297.54 | 214,286.41 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 338.15 | 213,948.26 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 296.66 | 213,651.60 |
| 08/01/16 | {15} | Concordia Contracting, LLC | Acct #14-58920; Payment #4; Payment on compromise settlement p/o 12/10/15 | 1149-000 | 50,000.00 | | 263,651.60 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 406.44 | 263,245.16 |
| 09/22/16 | 105 | Internal Revenue Service | Priority claim p/o 9/21/16 | 5800-000 | | 34,990.85 | 228,254.31 |
| 09/22/16 | 106 | State of Michigan | Secured claim $16,550.58 and Priority claim $21,236.98 p/o 9/21/16 | | | 37,787.56 | 190,466.75 |
| | | | Secured claim p/o 9/21/16    16,550.58 | 4110-000 | m | | 190,466.75 |

Subtotals : $264,584.58    $210,649.68

{} Asset reference(s)    m-Memo    Printed: 10/27/2017 04:56 PM    V.13.30

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 14-58920 MAR
**Case Name:** CAPITAL CONTRACTING CO.

**Taxpayer ID #:** **-***1357
**Period Ending:** 09/30/17

**Trustee:** Kenneth A. Nathan (420030)
**Bank Name:** Rabobank, N.A.
**Account:** ******7366 - Checking Account
**Blanket Bond:** $2,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Priority claim p/o 9/21/16 | 21,236.98 | 5800-000 | m | | 190,466.75 |
| 09/22/16 | 107 | Michigan Department of Treasury | Secured claim $17,326.53; Priority claim $8,138.16; and additional Priiority claim $2,593.73 p/o 9/21/16 | | | | 28,058.42 | 162,408.33 |
| | | | Secured claim p/o 9/21/16 | 17,326.53 | 4110-000 | m | | 162,408.33 |
| | | | Priority claim p/o 9/21/16 | 8,138.16 | 5800-000 | m | | 162,408.33 |
| | | | Additional Priority claim p/o 9/21/16 | 2,593.73 | 5800-000 | m | | 162,408.33 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 377.60 | 162,030.73 |
| 10/19/16 | {17} | J & H Transportation, Inc. | Payment on compromise settlement p/o 11/1/16 | | 1141-000 | 20,000.00 | | 182,030.73 |
| 10/27/16 | {17} | James Burg Trucking Company | Payment on compromise settlement p/o 11/18/16 | | 1141-000 | 16,000.00 | | 198,030.73 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 280.84 | 197,749.89 |
| 11/02/16 | {15} | Concordia Contracting, LLC | Acct #14-58920; Payment #6; Payment on compromise settlement p/o 12/10/15 | | 1149-000 | 50,000.00 | | 247,749.89 |
| 11/07/16 | {17} | Northern Concrete Pipe, Inc. | Payment on compromise settlement p/o 11/29/16 | | 1141-000 | 8,789.87 | | 256,539.76 |
| 11/10/16 | 108 | MACOMB COUNTY TREASURER | Secured claim p/o 11/9/16 | | 4210-000 | | 4,472.71 | 252,067.05 |
| 11/28/16 | {17} | Coats Rose, P.C. | Payment on compromise settlement p/o 12/16/16 | | 1141-000 | 5,000.00 | | 257,067.05 |
| 11/30/16 | 109 | INSURANCE PARTNERS AGENCY, INC. | Bond 11/01/16 - 10/31/17 | | 2300-000 | | 83.20 | 256,983.85 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 376.62 | 256,607.23 |
| 12/05/16 | {17} | Mack Industries, Inc. | Payment on compromise settlement p/o 12/27/16 | | 1141-000 | 13,500.00 | | 270,107.23 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 383.81 | 269,723.42 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 413.75 | 269,309.67 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 361.53 | 268,948.14 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 399.73 | 268,548.41 |
| 04/25/17 | 110 | Kenneth A. Nathan, Trustee | Interim fees p/o 4/25/17 | | 2100-000 | | 15,556.59 | 252,991.82 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 359.02 | 252,632.80 |
| 05/31/17 | {13} | Insurance Brokerage Antitrust Litigation | Reimbursement from Insurance Brokerage Antitrust Litigation | | 1290-000 | 33.60 | | 252,666.40 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 399.71 | 252,266.69 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 362.84 | 251,903.85 |
| 07/19/17 | 111 | John F. Dery & Associates | Accountant's fees p/o 7/18/17 | | 3410-000 | | 31,246.30 | 220,657.55 |

Subtotals : $113,323.47 $83,132.67

{} Asset reference(s)    m-Memo    Printed: 10/27/2017 04:56 PM    V.13.30

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 14-58920 MAR |
| **Case Name:** | CAPITAL CONTRACTING CO. |
| **Taxpayer ID #:** | **-***1357 |
| **Period Ending:** | 09/30/17 |

| | |
|---|---|
| **Trustee:** | Kenneth A. Nathan (420030) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******7366 - Checking Account |
| **Blanket Bond:** | $2,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 338.26 | 220,319.29 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 348.61 | 219,970.68 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 305.84 | 219,664.84 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 515,113.51 | 295,448.67 | **$219,664.84** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 515,113.51 | 295,448.67 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$515,113.51** | **$295,448.67** | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******7366** | 515,113.51 | 295,448.67 | 219,664.84 |
| | $515,113.51 | $295,448.67 | $219,664.84 |

_____

October 27, 2017

Date

/s/ Kenneth A. Nathan
_____

Kenneth A. Nathan

{} Asset reference(s)

Printed: 10/27/2017 04:56 PM   V.13.30