**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**Southern DIVISION**

In re: CAPITAL CONTRACTING CO. § Case No. 14-58920 MAR
§
§
§
Debtor(s)

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Kenneth A. Nathan, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $5,323.29 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $461,011.11 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $654,102.40 | | |

3) Total gross receipts of $1,115,113.51 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,115,113.51 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $172,201.71 | $224,783.20 | $38,349.82 | $38,349.82 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $654,102.40 | $654,102.40 | $654,102.40 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $131,153.15 | $64,365.99 | $66,959.72 | $66,959.72 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $6,356,498.40 | $12,508,745.19 | $6,038,297.41 | $355,701.57 |
| **TOTAL DISBURSEMENTS** | $6,659,853.26 | $13,451,996.78 | $6,797,709.35 | $1,115,113.51 |

4) This case was originally filed under chapter 7 on 12/09/2014. The case was pending for 64 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/31/2020   By: /s/ Kenneth A. Nathan
Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| SECURITY DEPOSITS | 1129-000 | $500.00 |
| SECURITY DEPOSITS | 1129-000 | $3,000.00 |
| MISC. PREFERENCES | 1141-000 | $63,289.87 |
| OTHER CONTINGENT AND UNLIQUIDATED CLAIMS | 1129-000 | $600,000.00 |
| MISC. REFUNDS | 1290-000 | $3,034.05 |
| CONCORDIA CONTRACTING, LLC | 1141-000 | $300,000.00 |
| BANK ACCOUNTS | 1129-000 | $900.30 |
| ACCOUNTS RECEIVABLE | 1121-000 | $144,389.29 |
| **TOTAL GROSS RECEIPTS** | | **$1,115,113.51** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | OAKLAND COUNTY TREASURER'S OFFICE | 4110-000 | $0.00 | $2,735.55 | $0.00 | $0.00 |
| 13S | MICHIGAN DEPARTMENT OF TREASURY | 4800-000 | $0.00 | $17,326.53 | $17,326.53 | $17,326.53 |
| 14 | MACOMB COUNTY TREASURER | 4210-000 | $0.00 | $8,915.42 | $4,472.71 | $4,472.71 |
| 20S-2 | STATE OF MICHIGAN | 4800-000 | $0.00 | $16,550.58 | $16,550.58 | $16,550.58 |
| 25 | ERNESTO ROTONDO | 4110-000 | $86,600.71 | $179,255.12 | $0.00 | $0.00 |
| N/F | KeyBank USA | 4110-000 | $85,601.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$172,201.71** | **$224,783.20** | **$38,349.82** | **$38,349.82** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Kenneth A. Nathan | 2100-000 | NA | $56,703.41 | $56,703.41 | $56,703.41 |
| Trustee, Expenses - Kenneth A. Nathan | 2200-000 | NA | $69.92 | $69.92 | $69.92 |
| Bond Payments - INSURANCE PARTNERS AGENCY, INC. | 2300-000 | NA | $315.44 | $315.44 | $315.44 |
| Bond Payments - Insurance Partners Agency, Inc. | 2300-000 | NA | $86.59 | $86.59 | $86.59 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $11,035.41 | $11,035.41 | $11,035.41 |
| Attorney for Trustee Fees (Other Firm) - Jacob & Weingarten, P.C. | 3210-000 | NA | $263,860.50 | $263,860.50 | $263,860.50 |
| Special Counsel for Trustee Fees - Lawrence J. Acker, P.C. | 3210-600 | NA | $181,984.49 | $181,984.49 | $181,984.49 |
| Attorney for Trustee Expenses (Other Firm) - Jacob & Weingarten, P.C. | 3220-000 | NA | $2,835.92 | $2,835.92 | $2,835.92 |
| Special Counsel for Trustee Expenses - Lawrence J. Acker, P.C. | 3220-610 | NA | $54,046.52 | $54,046.52 | $54,046.52 |
| Accountant for Trustee Fees (Other Firm) - John F. Dery & Associates | 3410-000 | NA | $83,164.20 | $83,164.20 | $83,164.20 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$654,102.40** | **$654,102.40** | **$654,102.40** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10P-7 | INTERNAL REVENUE SERVICE | 5800-000 | $45,084.67 | $34,990.85 | $34,990.85 | $34,990.85 |
| 13P | MICHIGAN DEPARTMENT OF TREASURY | 5800-000 | $74,979.87 | $8,138.16 | $10,731.89 | $10,731.89 |
| 20P-2 | STATE OF MICHIGAN | 5800-000 | $0.00 | $21,236.98 | $21,236.98 | $21,236.98 |
| N/F | City of Sterling Heights | 5800-000 | $3,500.59 | NA | NA | NA |
| N/F | County of Macomb | 5800-000 | $5,003.24 | NA | NA | NA |
| N/F | Oakland County Treasurer's Office | 5800-000 | $2,584.78 | NA | NA | NA |
| N/F | US Attorney (IRS) | 5800-000 | NA | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$131,153.15** | **$64,365.99** | **$66,959.72** | **$66,959.72** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CATERPILLAR FINANCIAL SERVICES CORPORATION | 7100-000 | $134,011.18 | $128,681.24 | $0.00 | $0.00 |
| 3 | CONSUMERS ENERGY COMPANY | 7100-000 | $431.85 | $422.53 | $422.53 | $24.89 |
| 4 | DIAMOND TIRE COMPANY | 7100-000 | $1,756.34 | $1,756.34 | $0.00 | $0.00 |
| 5 | CONTRACTORS CONNECTION | 7100-000 | $1,054.13 | $1,054.13 | $1,054.13 | $62.10 |
| 6 | MICHIGAN TRACTOR & MACHINERY CO. | 7100-000 | $0.00 | $19,275.13 | $19,275.13 | $1,135.45 |
| 7 -3 | CORRIGAN OIL COMPANY | 7100-000 | $6,814.87 | $7,113.52 | $7,113.52 | $419.04 |
| 8 | HOLLOWAY HEAVY HAULING LLC | 7100-000 | $1,710.00 | $1,710.00 | $0.00 | $0.00 |
| 9 | AIRGAS USA, LLC | 7100-000 | $84.35 | $741.20 | $741.20 | $43.66 |
| 10U-7 | INTERNAL REVENUE SERVICE | 7100-000 | $0.00 | $28,905.78 | $28,905.78 | $1,702.77 |
| 11 | NORTHERN CONCRETE PIPE, INC. | 7100-000 | $35,091.52 | $38,875.78 | $0.00 | $0.00 |
| 12 | LONGHORN ESTATES, LLC | 7100-000 | $5,500,000.00 | $5,926,240.80 | $5,926,240.80 | $349,100.58 |
| 13U | MICHIGAN DEPARTMENT OF TREASURY | 7100-000 | $0.00 | $12,343.26 | $12,343.26 | $727.12 |
| 15 | CHARTER TOWNSHIP OF SHELBY | 7100-000 | $0.00 | $5,597,500.75 | $0.00 | $0.00 |
| 16 | JIMMY'S HEAVY HAUL, INC. | 7100-000 | $3,385.00 | $3,885.00 | $0.00 | $0.00 |

| # | Creditor | Code | Col1 | Col2 | Col3 | Col4 |
|---|---|---|---|---|---|---|
| 17 | WIEGAND CRUSHING COMPANY | 7100-000 | $13,959.12 | $13,959.12 | $0.00 | $0.00 |
| 18 | J&H TRANSPORTATION | 7100-000 | $8,146.42 | $8,146.42 | $0.00 | $0.00 |
| 19 | PNC BANK, N.A. | 7100-000 | $20,011.99 | $23,192.31 | $23,192.31 | $1,366.20 |
| 21 | MICHIGAN PIPE AND VALVE-FLINT, INC. | 7100-000 | $79,467.37 | $79,467.37 | $0.00 | $0.00 |
| 22 | JAMES A. ROCCHIO, PC | 7100-000 | $13,922.50 | $14,008.75 | $14,008.75 | $825.22 |
| 23 | WELLS FARGO EQUIPMENT FINANCE | 7100-000 | $0.00 | $271,952.00 | $0.00 | $0.00 |
| 24 | SHELBY UNDERGROUND | 7100-000 | $46,100.00 | $46,100.00 | $0.00 | $0.00 |
| 26 | CARL F. SCHIER | 7100-000 | $65,263.68 | $278,413.76 | $0.00 | $0.00 |
| 27 | Coats Rose, P.C. | 7200-000 | $0.00 | $5,000.00 | $5,000.00 | $294.54 |
| N/F | ABP Investments, LLC | 7100-000 | $24,816.69 | NA | NA | NA |
| N/F | ARC | 7100-000 | $93.43 | NA | NA | NA |
| N/F | Amerisure Mutual Insurance Company | 7100-000 | $34,036.72 | NA | NA | NA |
| N/F | Ann Saterstad | 7100-000 | $3.25 | NA | NA | NA |
| N/F | Association Benefits | 7100-000 | $2,392.87 | NA | NA | NA |
| N/F | Comcast Billing Department | 7100-000 | $206.77 | NA | NA | NA |
| N/F | Culligan of Ann Arbor/Detroit Lockbox Processing | 7100-000 | $35.03 | NA | NA | NA |
| N/F | DTE Energy | 7100-000 | $447.63 | NA | NA | NA |
| N/F | Guardian Alarm | 7100-000 | $75.80 | NA | NA | NA |
| N/F | Jon Novak | 7100-000 | $1,450.73 | NA | NA | NA |
| N/F | Ken Holloway | 7100-000 | $2,233.16 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | MITA, INC. | 7100-000 | $2,875.00 | NA | NA | NA |
| N/F | Mack Ind of Michigan | 7100-000 | $30,539.43 | NA | NA | NA |
| N/F | Marvin Peplinski | 7100-000 | $41.76 | NA | NA | NA |
| N/F | Maxi Automotive Supply | 7100-000 | $309.01 | NA | NA | NA |
| N/F | Michigan CAT | 7100-000 | $183,752.00 | NA | NA | NA |
| N/F | Michigan CAT | 7100-000 | $69,815.00 | NA | NA | NA |
| N/F | Michigan Gas Utilities | 7100-000 | $580.14 | NA | NA | NA |
| N/F | Office Express | 7100-000 | $49.08 | NA | NA | NA |
| N/F | Pellegrino & Co., PC | 7100-000 | $2,300.00 | NA | NA | NA |
| N/F | Rizzo Environmental Services | 7100-000 | $75.00 | NA | NA | NA |
| N/F | Robert A. Rotondo | 7100-000 | $4,691.12 | NA | NA | NA |
| N/F | Sable Law Firm | 7100-000 | $19,600.00 | NA | NA | NA |
| N/F | US Bank | 7100-000 | $44,271.40 | NA | NA | NA |
| N/F | Ubaldo Rincon | 7100-000 | $267.08 | NA | NA | NA |
| N/F | Viviano Flower Shop | 7100-000 | $115.50 | NA | NA | NA |
| N/F | Xerox Financial Services | 7100-000 | $214.48 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$6,356,498.40** | **$12,508,745.19** | **$6,038,297.41** | **$355,701.57** |

Exhibit 8
Page: 1

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Case No.: 14-58920 MAR  
Case Name: CAPITAL CONTRACTING CO.  
For Period Ending: 03/31/2020

Trustee Name: (420030) Kenneth A. Nathan  
Date Filed (f) or Converted (c): 12/09/2014 (f)  
§ 341(a) Meeting Date: 01/14/2015  
Claims Bar Date: 04/16/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | BANK ACCOUNTS<br>Key Bank Checking Account<br>Imported from original petition Doc# 8 | 239.46 | 0.00 | | 0.00 | FA |
| 2 | BANK ACCOUNTS<br>PNC Checking Account<br>Imported from original petition Doc# 8 | 170.91 | 0.00 | | 0.00 | FA |
| 3 | BANK ACCOUNTS<br>Charter One Bank Payroll Tax Account<br>Imported from original petition Doc# 8 | 912.29 | 912.29 | | 900.30 | FA |
| 4 | SECURITY DEPOSITS<br>Dept of Public Works Oakland County<br>Imported from original petition Doc# 8 | 500.00 | 500.00 | | 500.00 | FA |
| 5 | SECURITY DEPOSITS<br>CVS Prescription<br>Imported from original petition Doc# 8 | 865.52 | 0.00 | | 0.00 | FA |
| 6 | SECURITY DEPOSITS<br>Building Security Deposit<br>Imported from original petition Doc# 8 | 3,000.00 | 3,000.00 | | 3,000.00 | FA |
| 7 | ACCOUNTS RECEIVABLE<br>Accounts Receivable - majority subject to builders trust fund claims<br>Imported from original petition Doc# 8 | 354,889.02 | 354,889.02 | | 144,389.29 | FA |
| 8 | LIQUIDATED DEBTS OWING DEBTOR<br>Advances<br>Imported from original petition Doc# 8 | 3,547.40 | 3,547.40 | | 0.00 | FA |
| 9 | OTHER CONTINGENT AND UNLIQUIDATED CLAIMS<br>Potential Legal Malpractice suit<br>Imported from original petition Doc# 8 | Unknown | 5,000.00 | | 600,000.00 | FA |
| 10 | OTHER CONTINGENT AND UNLIQUIDATED CLAIMS<br>Potential Insurance Refund<br>Imported from original petition Doc# 8 | Unknown | 0.00 | | 0.00 | FA |
| 11 | INVENTORY<br>Scrap material from finished jobs<br>Imported from original petition Doc# 8 | 500.00 | 0.00 | | 0.00 | FA |
| 12 | OTHER CONTINGENT AND UNLIQUIDATED CLAIMS (u)<br>Capital Contracting - vs- VT Agency<br>Not originally scheduled; added to Schedules per amendment filed 1/13/15 | Unknown | 5,000.00 | | 0.00 | FA |
| 13 | MISC. REFUNDS (u) | 0.00 | 458.11 | | 3,034.05 | FA |
| 14 | VOID | 0.00 | 0.00 | | 0.00 | FA |
| 15 | CONCORDIA CONTRACTING, LLC<br>Listed as "Originally scheduled account receivable" in error; should be "preference" | 0.00 | 300,000.00 | | 300,000.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 8
Page: 2

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 14-58920 MAR  
**Case Name:** CAPITAL CONTRACTING CO.  
**For Period Ending:** 03/31/2020

**Trustee Name:** (420030) Kenneth A. Nathan  
**Date Filed (f) or Converted (c):** 12/09/2014 (f)  
**§ 341(a) Meeting Date:** 01/14/2015  
**Claims Bar Date:** 04/16/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 16 | VOID - DUPLICATE OF ASSET NO. 9 | 0.00 | 0.00 | | 0.00 | FA |
| 17 | MISC. PREFERENCES<br>Originally listed on Debtor's SOFA | 0.00 | 63,289.87 | | 63,289.87 | FA |
| **17** | **Assets Totals (Excluding unknown values)** | **$364,624.60** | **$736,596.69** | | **$1,115,113.51** | **$0.00** |

**Major Activities Affecting Case Closing:**

10/16/19 Submit Amended TFR to UST  
10/15/19 Filed Supplemental Final Fee Apps for Attorney for Trustee and Accountant for Trustee  
5/21/19 6th Circuit Court of Appeals' Opinion and Judgment affirming U.S. District Court's dismissal of appeal Appeal to 6th Circuit  
9/20/18 U.S. District Court's Order Denying and Dismissing Carl Schier's appeal  
4/17/18 Carl Schier's Appeal to U.S. district Court of Order Overeruling Objection to TFR  
4/2/18 Hearing on Objection to TFR  
3/16/18 Objection to TFR  
2/14/18 Filed Final Fee App of Trustee and Trustee's Accountant, and submit TFR to UST  
2/13/18 Final Fee App of Attorney for Trustee filed  
1/17/18 Notice to Professionals  
1/12/18 Notice of Intent to File Final Report  
1/3/18 All assets administered; preparation for final report  
11/6/17 Filed Motion to Compromise re: malpractice  
9/30/17 Monitoring settlement negotiations  
6/30/17 Ongoing monitoring of malpractice case  
3/31/17 Monitoring ongoing litigation re: malpractice action  
12/31/16 Monitoring legal malpractice action  
9/30/16 Ongoing litigation re: malpractice; pursuing preferences  
3/31/16 Continued pursuit of legal malpractice claim; continued collection of account receivables.  
12/31/15 Pursuing legal malpractice claim; collecting account receivables  
9/30/15 Finalizing deal with insiders and collecting account receivables; investigating pursuing malpractice claim  
6/630/15 Investing insider preferences and collecting account receivables  
5/29/15 Hired special counsel to investigate and pursue possible malpractice claim  
3/31/15 Assessing potential Chapter 5 recoveries; collecting account receivables  
1/30/15 Application to Employ Counsel for Trustee; order entered

**Initial Projected Date Of Final Report (TFR):** 04/30/2017  
**Current Projected Date Of Final Report (TFR):** 10/16/2019 (Actual)

03/31/2020  
Date

/s/Kenneth A. Nathan  
Kenneth A. Nathan

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 14-58920 MAR | Trustee Name: | Kenneth A. Nathan (420030) |
|---|---|---|---|
| Case Name: | CAPITAL CONTRACTING CO. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***1357 | Account #: | ******7366 Checking Account |
| For Period Ending: | 03/31/2020 | Blanket Bond (per case limit): | $2,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/15/15 | {13} | Ally | System generated refund for customer payment turned over to Trustee at 341 hearing | 1290-000 | 9.94 | | 9.94 |
| 01/15/15 | {13} | Contractor Solutions Rental | Turned over to Trustee at 341 hearing | 1290-000 | 448.17 | | 458.11 |
| 01/15/15 | {6} | Concordia Contracting, LLC | Return deposit turned over to Trustee at 341 hearing | 1129-000 | 3,000.00 | | 3,458.11 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,448.11 |
| 02/11/15 | {4} | County of Oakland | Return of deposit held per demand letter | 1129-000 | 500.00 | | 3,948.11 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,938.11 |
| 03/23/15 | {7} | Greenstone Development, LLC | Collection of account receivable | 1121-000 | 2,746.67 | | 6,684.78 |
| 03/24/15 | {3} | Charter One Bank | Close out of bank account per Trustee demand | 1129-000 | 900.30 | | 7,585.08 |
| 03/30/15 | {13} | Prudential | Dividend payment | 1290-000 | 6.96 | | 7,592.04 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,582.04 |
| 04/16/15 | {7} | First American Title Insurance Company | Payment in full on Oak Pointe Church project (Project No. 3409) | 1121-000 | 7,776.00 | | 15,358.04 |
| 04/16/15 | {7} | First American Title Company | Payment in full on Andelina Ridge project (Project No. 3406) | 1121-000 | 72,970.25 | | 88,328.29 |
| 04/17/15 | {7} | NC Contracting Services, LLC | Amounts owed on Job Nos. 3201, 3302 and 3305) | 1121-000 | 7,469.81 | | 95,798.10 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.81 | 95,733.29 |
| 05/04/15 | {7} | First American Title Insurance Company | Amount owed by Sole Construction on the Glacier Club project (Job #3408) p/o 4/28/15 | 1121-000 | 32,625.00 | | 128,358.29 |
| 05/11/15 | {7} | Seville-Fox River LLC | Final payment under May, 2012 Settlement Agreement between Debtor, Seville Homes, Inc., Trimarr, Inc., Seville-Fox River, LLC, Michael McLaughlin and Gary Kerr (WCCC Case No. 10-007215-CK); all other payments under Settlement Agreement were paid to Debto | 1121-000 | 5,000.00 | | 133,358.29 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 174.72 | 133,183.57 |
| 06/12/15 | {13} | Medtipster.com LLC | Final Refund | 1290-000 | 19.18 | | 133,202.75 |
| 06/25/15 | {13} | Medtipster.com LLC | Return of security deposit | 1290-000 | 865.52 | | 134,068.27 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 204.51 | 133,863.76 |
| 07/20/15 | {7} | Greco Title Agency, LLC | Job 3400/Stonebridge Shelby Associates, LLC | 1121-000 | 1,277.98 | | 135,141.74 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 199.57 | 134,942.17 |
| 08/03/15 | {13} | ATTM Settlement | Prorata settlement re: AT&T Mobility Wireless Data Services Sales Tax Litigation | 1290-000 | 39.68 | | 134,981.85 |
| 08/10/15 | {13} | Macomb County Department of Roads | Return of escrow re: Village of New Haven | 1290-000 | 1,550.00 | | 136,531.85 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 189.00 | 136,342.85 |

Page Subtotals: **$137,205.46** **$862.61**

14-58920-mar  Doc 214  Filed 04/01/20  Entered 04/01/20 09:25:39  Page 12 of 19

{ } Asset Reference(s)  UST Form 101-7-TDR ( 10 /1/2010)  ! - transaction has not been cleared

Exhibit 9

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 14-58920  MAR | Trustee Name: | Kenneth A. Nathan (420030) |
|---|---|---|---|
| Case Name: | CAPITAL CONTRACTING CO. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***1357 | Account #: | ******7366 Checking Account |
| For Period Ending: | 03/31/2020 | Blanket Bond (per case limit): | $2,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/17/15 | {7} | Braun Construction Group | Project No. 3401 (D & R Earthmoving) | 1121-000 | 1,102.40 | | 137,445.25 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 209.83 | 137,235.42 |
| 10/01/15 | {13} | Blue Cross Blue Shield | Affordable Health Care Act rebate | 1290-000 | 61.00 | | 137,296.42 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 197.47 | 137,098.95 |
| 11/04/15 | | Condordia Contracting, LLC | Acct #14-58920; Payment #1; Payment on compromise settlement p/o 12/10/15 | | 50,000.00 | | 187,098.95 |
| | {15} | | Acct #14-58920; Payment #1; Payment on compromise settlement p/o 12/10/15  $50,000.00 | 1141-000 | | | |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 245.75 | 186,853.20 |
| 12/15/15 | {7} | CCLA Building & Development, LLC | Payment on compromise settlement p/o 11/10/15 | 1121-000 | 13,421.18 | | 200,274.38 |
| 12/15/15 | | Condordia Contracting, LLC | Acct #14-58920; Payment #2; Payment on compromise settlement p/o 12/10/15 | | 50,000.00 | | 250,274.38 |
| | {15} | | Acct #14-58920; Payment #2; Payment on compromise settlement p/o 12/10/15  $50,000.00 | 1141-000 | | | |
| 12/21/15 | 101 | INSURANCE PARTNERS AGENCY, INC. | Invoice 222018/Trustee Bond | 2300-000 | | 232.24 | 250,042.14 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 341.25 | 249,700.89 |
| 01/28/16 | | Concordia Contracting, LLC | Acct #14-58920; Payment #3; Payment on compromise settlement p/o 12/10/15 | | 50,000.00 | | 299,700.89 |
| | {15} | | Acct #14-58920; Payment #3; Payment on compromise settlement p/o 12/10/15  $50,000.00 | 1141-000 | | | |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 346.26 | 299,354.63 |
| 02/29/16 | 102 | John F. Dery & Associates | Accountant for the Trustee fees p/o 2/29/16 | 3410-000 | | 22,807.10 | 276,547.53 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 415.08 | 276,132.45 |
| 03/02/16 | 103 | Jacob & Weingarten, P.C. | Attorney for the Trustee fees p/o 3/1/16 | 3210-000 | | 109,974.00 | 166,158.45 |
| 03/02/16 | 104 | Jacob & Weingarten, P.C. | Attorney for the Trustee expenses p/o 3/1/16 | 3220-000 | | 1,052.32 | 165,106.13 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 293.66 | 164,812.47 |
| 04/28/16 | | Concordia Contracting, LLC | Acct #14-58920; Payment #5; Payment on compromise settlement p/o 12/10/15 | | 50,000.00 | | 214,812.47 |
| | {15} | | Acct #14-58920; Payment #5; Payment on compromise settlement p/o 12/10/15  $50,000.00 | 1141-000 | | | |

Page Subtotals:   $214,584.58   $136,114.96

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| Case No.: | 14-58920 MAR | Trustee Name: | Kenneth A. Nathan (420030) |
|---|---|---|---|
| Case Name: | CAPITAL CONTRACTING CO. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***1357 | Account #: | ******7366 Checking Account |
| For Period Ending: | 03/31/2020 | Blanket Bond (per case limit): | $2,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 228.52 | 214,583.95 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 297.54 | 214,286.41 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 338.15 | 213,948.26 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 296.66 | 213,651.60 |
| 08/01/16 | | Concordia Contracting, LLC | Acct #14-58920; Payment #4; Payment on compromise settlement p/o 12/10/15 | | 50,000.00 | | 263,651.60 |
| | {15} | | Acct #14-58920; Payment #4; Payment on compromise settlement p/o 12/10/15 $50,000.00 | 1141-000 | | | |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 406.44 | 263,245.16 |
| 09/22/16 | 105 | Internal Revenue Service | Priority claim p/o 9/21/16 | 5800-000 | | 34,990.85 | 228,254.31 |
| 09/22/16 | 106 | State of Michigan | Secured claim $16,550.58 and Priority claim $21,236.98 p/o 9/21/16 | | | 37,787.56 | 190,466.75 |
| | | STATE OF MICHIGAN | Secured claim p/o 9/21/16 $16,550.58 | 4800-000 | | | |
| | | STATE OF MICHIGAN | Priority claim p/o 9/21/16 $21,236.98 | 5800-000 | | | |
| 09/22/16 | 107 | Michigan Department of Treasury | Secured claim $17,326.53; Priority claim $8,138.16; and additional Priiority claim $2,593.73 p/o 9/21/16 | | | 28,058.42 | 162,408.33 |
| | | MICHIGAN DEPARTMENT OF TREASURY | Secured claim p/o 9/21/16 $17,326.53 | 4800-000 | | | |
| | | MICHIGAN DEPARTMENT OF TREASURY | Priority claim p/o 9/21/16 $8,138.16 | 5800-000 | | | |
| | | MICHIGAN DEPARTMENT OF TREASURY | Additional Priority claim p/o 9/21/16 $2,593.73 | 5800-000 | | | |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 377.60 | 162,030.73 |
| 10/19/16 | {17} | J & H Transportation, Inc. | Payment on compromise settlement p/o 11/1/16 | 1141-000 | 20,000.00 | | 182,030.73 |
| 10/27/16 | {17} | James Burg Trucking Company | Payment on compromise settlement p/o 11/18/16 | 1141-000 | 16,000.00 | | 198,030.73 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 280.84 | 197,749.89 |
| 11/02/16 | | Concordia Contracting, LLC | Acct #14-58920; Payment #6; Payment on compromise settlement p/o 12/10/15 | | 50,000.00 | | 247,749.89 |
| | {15} | | Acct #14-58920; Payment #6; Payment on compromise settlement p/o 12/10/15 $50,000.00 | 1141-000 | | | |
| 11/07/16 | {17} | Northern Concrete Pipe, Inc. | Payment on compromise settlement p/o 11/29/16 | 1141-000 | 8,789.87 | | 256,539.76 |

Page Subtotals: $144,789.87 $103,062.58

14-58920-mar    Doc 214    Filed 04/01/20    Entered 04/01/20 09:25:39    Page 14 of 19

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 4

| Case No.: | 14-58920 MAR | Trustee Name: | Kenneth A. Nathan (420030) |
|---|---|---|---|
| Case Name: | CAPITAL CONTRACTING CO. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***1357 | Account #: | ******7366 Checking Account |
| For Period Ending: | 03/31/2020 | Blanket Bond (per case limit): | $2,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/10/16 | 108 | MACOMB COUNTY TREASURER | Secured claim p/o 11/9/16 | 4210-000 | | 4,472.71 | 252,067.05 |
| 11/28/16 | {17} | Coats Rose, P.C. | Payment on compromise settlement p/o 12/16/16 | 1141-000 | 5,000.00 | | 257,067.05 |
| 11/30/16 | 109 | INSURANCE PARTNERS AGENCY, INC. | Bond 11/01/16 - 10/31/17 | 2300-000 | | 83.20 | 256,983.85 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 376.62 | 256,607.23 |
| 12/05/16 | {17} | Mack Industries, Inc. | Payment on compromise settlement p/o 12/27/16 | 1141-000 | 13,500.00 | | 270,107.23 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 383.81 | 269,723.42 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 413.75 | 269,309.67 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 361.53 | 268,948.14 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 399.73 | 268,548.41 |
| 04/25/17 | 110 | Kenneth A. Nathan, Trustee | Interim fees p/o 4/25/17 | 2100-000 | | 15,556.59 | 252,991.82 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 359.02 | 252,632.80 |
| 05/31/17 | {13} | Insurance Brokerage Antitrust Litigation | Reimbursement from Insurance Brokerage Antitrust Litigation | 1290-000 | 33.60 | | 252,666.40 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 399.71 | 252,266.69 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 362.84 | 251,903.85 |
| 07/19/17 | 111 | John F. Dery & Associates | Accountant's fees p/o 7/18/17 | 3410-000 | | 31,246.30 | 220,657.55 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 338.26 | 220,319.29 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 348.61 | 219,970.68 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 305.84 | 219,664.84 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 337.01 | 219,327.83 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 315.47 | 219,012.36 |
| 12/07/17 | 112 | Insurance Partners Agency, Inc. | Bond 11/1/17 thru 10/31/18 | 2300-000 | | 86.59 | 218,925.77 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 304.46 | 218,621.31 |
| 01/02/18 | {9} | Wesco Insurance Co (Claims Funding) | Settlement proceeds p/o 12/1/17 | 1129-000 | 600,000.00 | | 818,621.31 |
| 01/03/18 | 113 | Lawrence J. Acker, P.C. | Contingent fee p/o 12/1/17 | 3210-600 | | 181,984.49 | 636,636.82 |
| 01/03/18 | 114 | Lawrence J. Acker, P.C. | Costs advanced p/o 12/1/17 | 3220-610 | | 54,046.52 | 582,590.30 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 891.09 | 581,699.21 |
| 04/03/18 | 115 | John F. Dery & Associates | Distribution payment - Dividend paid at 100.00% of $5,030.80; Claim # ACTTTFEE; Filed: $5,030.80 | 3410-000 | | 5,030.80 | 576,668.41 |

Page Subtotals: $618,533.60  $298,404.95

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

Exhibit 9

Page: 5

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 14-58920  MAR | Trustee Name: | Kenneth A. Nathan (420030) |
|---|---|---|---|
| Case Name: | CAPITAL CONTRACTING CO. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***1357 | Account #: | ******7366 Checking Account |
| For Period Ending: | 03/31/2020 | Blanket Bond (per case limit): | $2,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/03/18 | 116 | Jacob & Weingarten, P.C. | Distribution payment - Dividend paid at 100.00% of $1,478.16; Claim # ATYTTEXP; Filed: $1,478.16 | 3220-000 |  | 1,478.16 | 575,190.25 |
| 04/03/18 | 117 | Jacob & Weingarten, P.C. | Distribution payment - Dividend paid at 100.00% of $118,158.00; Claim # ATYTTFEE; Filed: $118,158.00 | 3210-000 |  | 118,158.00 | 457,032.25 |
| 04/03/18 | 118 | Kenneth A. Nathan | Distribution payment - Dividend paid at 72.56% of $56,703.41; Claim # FEE; Filed: $56,703.41 | 2100-000 |  | 41,146.82 | 415,885.43 |
| 04/03/18 | 119 | Kenneth A. Nathan | Distribution payment - Dividend paid at 100.00% of $69.92; Claim # TE; Filed: $69.92 | 2200-000 |  | 69.92 | 415,815.51 |
| 04/03/18 | 120 | CONSUMERS ENERGY COMPANY | Distribution payment - Dividend paid at 6.89% of $422.53; Claim # 3; Filed: $422.53 Voided on 07/06/2018 | 7100-004 |  | 29.10 | 415,786.41 |
| 04/03/18 | 121 | CONTRACTORS CONNECTION | Distribution payment - Dividend paid at 6.89% of $1,054.13; Claim # 5; Filed: $1,054.13 Voided on 07/06/2018 | 7100-004 |  | 72.59 | 415,713.82 |
| 04/03/18 | 122 | MICHIGAN TRACTOR & MACHINERY CO. | Distribution payment - Dividend paid at 6.89% of $19,275.13; Claim # 6; Filed: $19,275.13 Voided on 07/06/2018 | 7100-004 |  | 1,327.34 | 414,386.48 |
| 04/03/18 | 123 | CORRIGAN OIL COMPANY | Distribution payment - Dividend paid at 6.89% of $7,113.52; Claim # 7 -3; Filed: $7,113.52 Voided on 07/06/2018 | 7100-004 |  | 489.86 | 413,896.62 |
| 04/03/18 | 124 | AIRGAS USA, LLC | Distribution payment - Dividend paid at 6.89% of $741.20; Claim # 9; Filed: $741.20 Voided on 07/06/2018 | 7100-004 |  | 51.04 | 413,845.58 |
| 04/03/18 | 125 | INTERNAL REVENUE SERVICE | Distribution payment - Dividend paid at 6.89% of $28,905.78; Claim # 10U-7; Filed: $28,905.78 Voided on 07/06/2018 | 7100-004 |  | 1,990.54 | 411,855.04 |
| 04/03/18 | 126 | LONGHORN ESTATES, LLC | Distribution payment - Dividend paid at 6.89% of $5,926,240.80; Claim # 12; Filed: $5,926,240.80 Voided on 07/06/2018 | 7100-004 |  | 408,098.95 | 3,756.09 |
| 04/03/18 | 127 | MICHIGAN DEPARTMENT OF TREASURY | Distribution payment - Dividend paid at 6.89% of $12,343.26; Claim # 13U; Filed: $12,343.26 Voided on 07/06/2018 | 7100-004 |  | 849.99 | 2,906.10 |
| 04/03/18 | 128 | PNC BANK, N.A. | Distribution payment - Dividend paid at 6.89% of $23,192.31; Claim # 19; Filed: $23,192.31 Voided on 07/06/2018 | 7100-004 |  | 1,597.09 | 1,309.01 |
| 04/03/18 | 129 | JAMES A. ROCCHIO, PC | Distribution payment - Dividend paid at 6.89% of $14,008.75; Claim # 22; Filed: $14,008.75 Voided on 07/06/2018 | 7100-004 |  | 964.69 | 344.32 |
| 04/03/18 | 130 | Coats Rose, P.C. | Distribution payment - Dividend paid at 6.89% of $5,000.00; Claim # 27; Filed: $5,000.00 Voided on 07/06/2018 | 7200-004 |  | 344.32 | 0.00 |
| 07/06/18 | 120 | CONSUMERS ENERGY COMPANY | Distribution payment - Dividend paid at 6.89% of $422.53; Claim # 3; Filed: $422.53 Voided: check issued on 04/03/2018 | 7100-004 |  | -29.10 | 29.10 |

Page Subtotals: $0.00  $576,639.31

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 6

| Case No.: | 14-58920 MAR | Trustee Name: | Kenneth A. Nathan (420030) |
|---|---|---|---|
| Case Name: | CAPITAL CONTRACTING CO. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***1357 | Account #: | ******7366 Checking Account |
| For Period Ending: | 03/31/2020 | Blanket Bond (per case limit): | $2,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/06/18 | 121 | CONTRACTORS CONNECTION | Distribution payment - Dividend paid at 6.89% of $1,054.13; Claim # 5; Filed: $1,054.13 Voided: check issued on 04/03/2018 | 7100-004 | | -72.59 | 101.69 |
| 07/06/18 | 122 | MICHIGAN TRACTOR & MACHINERY CO. | Distribution payment - Dividend paid at 6.89% of $19,275.13; Claim # 6; Filed: $19,275.13 Voided: check issued on 04/03/2018 | 7100-004 | | -1,327.34 | 1,429.03 |
| 07/06/18 | 123 | CORRIGAN OIL COMPANY | Distribution payment - Dividend paid at 6.89% of $7,113.52; Claim # 7 -3; Filed: $7,113.52 Voided: check issued on 04/03/2018 | 7100-004 | | -489.86 | 1,918.89 |
| 07/06/18 | 124 | AIRGAS USA, LLC | Distribution payment - Dividend paid at 6.89% of $741.20; Claim # 9; Filed: $741.20 Voided: check issued on 04/03/2018 | 7100-004 | | -51.04 | 1,969.93 |
| 07/06/18 | 125 | INTERNAL REVENUE SERVICE | Distribution payment - Dividend paid at 6.89% of $28,905.78; Claim # 10U-7; Filed: $28,905.78 Voided: check issued on 04/03/2018 | 7100-004 | | -1,990.54 | 3,960.47 |
| 07/06/18 | 126 | LONGHORN ESTATES, LLC | Distribution payment - Dividend paid at 6.89% of $5,926,240.80; Claim # 12; Filed: $5,926,240.80 Voided: check issued on 04/03/2018 | 7100-004 | | -408,098.95 | 412,059.42 |
| 07/06/18 | 127 | MICHIGAN DEPARTMENT OF TREASURY | Distribution payment - Dividend paid at 6.89% of $12,343.26; Claim # 13U; Filed: $12,343.26 Voided: check issued on 04/03/2018 | 7100-004 | | -849.99 | 412,909.41 |
| 07/06/18 | 128 | PNC BANK, N.A. | Distribution payment - Dividend paid at 6.89% of $23,192.31; Claim # 19; Filed: $23,192.31 Voided: check issued on 04/03/2018 | 7100-004 | | -1,597.09 | 414,506.50 |
| 07/06/18 | 129 | JAMES A. ROCCHIO, PC | Distribution payment - Dividend paid at 6.89% of $14,008.75; Claim # 22; Filed: $14,008.75 Voided: check issued on 04/03/2018 | 7100-004 | | -964.69 | 415,471.19 |
| 07/06/18 | 130 | Coats Rose, P.C. | Distribution payment - Dividend paid at 6.89% of $5,000.00; Claim # 27; Filed: $5,000.00 Voided: check issued on 04/03/2018 | 7200-004 | | -344.32 | 415,815.51 |
| 04/29/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******1190 | Transition Debit to Metropolitan Commercial Bank acct 3910021190 | 9999-000 | | 415,815.51 | 0.00 |
| | | **COLUMN TOTALS** | | | 1,115,113.51 | 1,115,113.51 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 415,815.51 | |
| | | **Subtotal** | | | 1,115,113.51 | 699,298.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$1,115,113.51** | **$699,298.00** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Exhibit 9**

Page: 7

# Form 2
## Cash Receipts And Disbursements Record

| **Case No.:** | 14-58920 MAR | **Trustee Name:** | Kenneth A. Nathan (420030) |
|---|---|---|---|
| **Case Name:** | CAPITAL CONTRACTING CO. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***1357 | **Account #:** | ******1190 Checking Account |
| **For Period Ending:** | 03/31/2020 | **Blanket Bond (per case limit):** | $2,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/29/19 | | Transfer Credit from Rabobank, N.A. acct ******7366 | Transition Credit from Rabobank, N.A. acct 5012047366 | 9999-000 | 415,815.51 | | 415,815.51 |
| 11/18/19 | 1000 | John F. Dery & Associates | Distribution payment - Dividend paid at 28.95% of $83,164.20; Claim # ACTTTFEE; Filed: $83,164.20 | 3410-000 | | 24,080.00 | 391,735.51 |
| 11/18/19 | 1001 | Jacob & Weingarten, P.C. | Distribution payment - Dividend paid at 10.77% of $2,835.92; Claim # ATYTTEXP; Filed: $2,835.92 | 3220-000 | | 305.44 | 391,430.07 |
| 11/18/19 | 1002 | Jacob & Weingarten, P.C. | Distribution payment - Dividend paid at 13.54% of $263,860.50; Claim # ATYTTFEE; Filed: $263,860.50 | 3210-000 | | 35,728.50 | 355,701.57 |
| 11/18/19 | 1003 | CONSUMERS ENERGY COMPANY | Distribution payment - Dividend paid at 5.89% of $422.53; Claim # 3; Filed: $422.53 | 7100-000 | | 24.89 | 355,676.68 |
| 11/18/19 | 1004 | CONTRACTORS CONNECTION | Distribution payment - Dividend paid at 5.89% of $1,054.13; Claim # 5; Filed: $1,054.13 | 7100-000 | | 62.10 | 355,614.58 |
| 11/18/19 | 1005 | MICHIGAN TRACTOR & MACHINERY CO. | Distribution payment - Dividend paid at 5.89% of $19,275.13; Claim # 6; Filed: $19,275.13 | 7100-000 | | 1,135.45 | 354,479.13 |
| 11/18/19 | 1006 | CORRIGAN OIL COMPANY | Distribution payment - Dividend paid at 5.89% of $7,113.52; Claim # 7 -3; Filed: $7,113.52 | 7100-000 | | 419.04 | 354,060.09 |
| 11/18/19 | 1007 | AIRGAS USA, LLC | Distribution payment - Dividend paid at 5.89% of $741.20; Claim # 9; Filed: $741.20 | 7100-000 | | 43.66 | 354,016.43 |
| 11/18/19 | 1008 | INTERNAL REVENUE SERVICE | Distribution payment - Dividend paid at 5.89% of $28,905.78; Claim # 10U-7; Filed: $28,905.78 | 7100-000 | | 1,702.77 | 352,313.66 |
| 11/18/19 | 1009 | LONGHORN ESTATES, LLC | Distribution payment - Dividend paid at 5.89% of $5,926,240.80; Claim # 12; Filed: $5,926,240.80 | 7100-000 | | 349,100.58 | 3,213.08 |
| 11/18/19 | 1010 | MICHIGAN DEPARTMENT OF TREASURY | Distribution payment - Dividend paid at 5.89% of $12,343.26; Claim # 13U; Filed: $12,343.26 | 7100-000 | | 727.12 | 2,485.96 |
| 11/18/19 | 1011 | PNC BANK, N.A. | Distribution payment - Dividend paid at 5.89% of $23,192.31; Claim # 19; Filed: $23,192.31 | 7100-000 | | 1,366.20 | 1,119.76 |
| 11/18/19 | 1012 | JAMES A. ROCCHIO, PC | Distribution payment - Dividend paid at 5.89% of $14,008.75; Claim # 22; Filed: $14,008.75 | 7100-000 | | 825.22 | 294.54 |
| 11/18/19 | 1013 | Coats Rose, P.C. | Distribution payment - Dividend paid at 5.89% of $5,000.00; Claim # 27; Filed: $5,000.00 | 7200-000 | | 294.54 | 0.00 |
| | | **COLUMN TOTALS** | | | 415,815.51 | 415,815.51 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 415,815.51 | 0.00 | |
| | | **Subtotal** | | | 0.00 | 415,815.51 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$0.00** | **$415,815.51** | |

{ } Asset Reference(s)    **UST Form 101-7-TDR ( 10 /1/2010)**    ! - transaction has not been cleared

Exhibit 9
Page: 8

# Form 2
## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 14-58920 MAR | **Trustee Name:** | Kenneth A. Nathan (420030) |
| **Case Name:** | CAPITAL CONTRACTING CO. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***1357 | **Account #:** | ******1190 Checking Account |
| **For Period Ending:** | 03/31/2020 | **Blanket Bond (per case limit):** | $2,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******7366 Checking Account | $1,115,113.51 | $699,298.00 | $0.00 |
| ******1190 Checking Account | $0.00 | $415,815.51 | $0.00 |
| | $1,115,113.51 | $1,115,113.51 | $0.00 |

| | |
|---|---|
| 03/31/2020 | /s/Kenneth A. Nathan |
| Date | Kenneth A. Nathan |